THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL BERGSTEIN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM BERGSTEIN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX KATZ, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED ROMONDO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN SCHLOSSBERG, Appellant.

Submitted March 14, 1941; decided July 29, 1941.

*William Karlin* and *Leo Greenfield* for appellants.

*Elbert T. Gallagher, District Attorney* (*Samuel Y. Austin, Jr.,* of counsel), for respondent.

*Samuel Bernstein* for New York State Wholesale Beer Distributors Association, Inc., *amicus curiæ.*

Judgments reversed and informations dismissed on authority of *Baillis* v. *Fuchs* (283 N. Y. 133); *Goldfinger* v. *Feintuch* (276 N. Y. 281); *Bakery & Pastry Drivers & Helpers Local 802 of the International Brotherhood of Teamsters* v. *Wohl* (313 U. S. 548). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.